UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOHAWK GAMING ENTERPRISES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AFFILIATED FM INSURANCE CO. ) <br> ) <br> Defendant. ) | Case No.: 8:20-cv-00701-DNH-DJS |

**PLAINTIFF MOHAWK GAMING ENTERPRISES'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mohawk Gaming Enterprises (MGE herein) move this Courts, pursuant to Fed. Rule Civ. Pro. 56(a), for partial summary judgment on the legal issue of whether the contamination exclusion in the proVision all-risk insurance Policy (the Policy) purchased from Affiliated FM (AFM) is applicable to MGE's claim for coverage under the Business Interruption - Civil Authority extension. It is MGE's position that the exclusion does not defeat its claim for coverage. A supporting Affidavit, Statement of Undisputed Material Facts and Memorandum of Law in Support accompany this motion.

Respectfully submitted,

/s/ Marsha K. Schmidt
(NDNY Bar No. 512364)
Attorney-at-Law
14928 Perrywood Drive
Burtonsville, MD 20866
301-949-5176
marsha@mkschmidtlaw.com
*Lead Counsel for Plaintiff Mohawk Gaming Enterprises, LLC*

**THE COPPOLA FIRM**

1

2

By: Lisa A. Coppola (NDNY Bar No. 513450)
3960 Harlem Road
Buffalo, NY  14226
716-839-9700
lcoppola@coppola-firm.com
*Co-counsel for Plaintiff Mohawk Gaming Enterprises, LLC*